UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KARL AIME,
    Petitioner,

v.                                                                         Civil Action No. 10-10301-GAO

JANET NAPOLITANO, ET AL.,
    Respondents.

## MEMORANDUM AND ORDER

O'TOOLE, D.J.

    On February 22, 2010, Petitioner Karl Aime, an immigration detainee currently confined at the Plymouth County House of Corrections in Boston, Massachusetts, filed, through his counsel, a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, naming his immediate custodian and Janet Napolitano, Secretary of the Department of Homeland Security, as Respondents. Petitioner seeks an emergency restraining order for release from custody under Zadvydas v. Davis, 533 U.S. 678 (2001). Accompanying the petition was a Motion for Leave to Proceed *in forma pauperis*.

    Upon review of the pleadings, it is hereby Ordered that:

1. Petitioner's Motion for Leave to Proceed *in forma pauperis* (Docket No. 2) is ALLOWED;

2. The Clerk shall serve a copy of the habeas petition upon: (i) the Office of the United States Attorney; AND (ii) Joseph D. McDonald, Jr., Sheriff, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360;

3. The Respondent shall file an Answer or other responsive pleading within 21 days of receipt of the petition; and

4. The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled removal of Petitioner, and any scheduled transfer of the Petitioner out of the jurisdiction.

SO ORDERED.

March 8, 2010                                             /s/ George A. O'Toole, Jr.
DATE                                                             UNITED STATES DISTRICT JUDGE